# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTI FLOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONIC DRIVE-IN OF COWETA, )<br>LLC, a domestic limited liability )<br>company, and SONIC DRIVE-IN, )<br>COWETA, INC., a domestic )<br>corporation, )<br>)<br>Defendants. ) | Case No. CIV-07-135-SPS |

## OPINION AND ORDER REGARDING
## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

In this employment discrimination action, the Plaintiff Kristi Floyd filed a Motion to Compel Discovery and Brief in Support [Docket No. 41] to enforce discovery requests served on the Defendants Sonic Drive-In of Coweta, LLC, and Sonic Drive-In Coweta, Inc. In issue are Interrogatory Nos. 2, 3, and 9 and Document Request Nos. 3, 10, and 17. The Plaintiff also filed a Motion for Expedited Hearing on Plaintiff's Motion to Compel [Docket No. 45]. The Defendants object to a hearing but not to an expedited ruling by the Court. Because the Motion to Compel is already fully briefed, and the Court concludes that a hearing is unnecessary, the Plaintiff's Motion for Expedited Hearing on Plaintiff's Motion to Compel [Docket No. 45] is hereby DENIED. Further, as is discussed below, the Plaintiff's Motion to Compel Discovery and Brief in Support [Docket No. 41] is hereby GRANTED in part and DENIED in part.

The parties advised the Court they have resolved their disputes regarding Interrogatory No. 9 and Document Request Nos. 10 and 17. *See* Docket No. 48. This leaves for resolution their disputes as to Interrogatory Nos. 2 and 3, and Document Request No. 3. With regard to said disputes, the Court finds that the Defendants should be required to provide the following to the Plaintiff: (i) the name, address and telephone number of all female employees who worked for the Defendants during the Plaintiff's period of employment and that of Shawn Herman, the Plaintiff in related Case No. CIV-07-136-SPS; and, (ii) from the personnel files, only such information as would assist the Plaintiff in locating said female employees if their name, address and telephone number prove insufficient. The Defendants are hereby directed to provide names, addresses and telephone numbers by February 15, 2008, and any other information within two days of being notified by the Plaintiff that she is unable to locate any employee with her name, address and telephone number. The Plaintiff's Motion to Compel Discovery and Brief in Support [Docket No. 41] is therefore GRANTED to this extent but otherwise DENIED.

**IT IS SO ORDERED** this 11th day of February, 2008.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**